HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RACHEL WASHINGTON, Executor of the Estate of ISAIAH WASHINGTON, deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:24-cv-00059<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

STIPULATED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT
(No. 2:24-cv-00059)

PERKINS COIE LLP
1201 THIRD AVENUE, SUITE 4900
SEATTLE, WASHINGTON 98101-3099
TELEPHONE: 206-359-3349

## STIPULATION

Under Western District of Washington Local Rules 7(d)(1) and 10(g), the parties stipulate that Defendant The Boeing Company may have until January 23, 2024 to file and serve its response to the complaint.

Dated: January 19, 2024

*Counsel certifies that this memorandum contains 33 words, in compliance with the Local Civil Rules.*

By: */s/ Laura Hill*
    Laura Hill, WSBA No. 49229
    Michelle Maley, WSBA No. 51318
    Breanna Philips, WSBA No. 58757
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone: 206-359-3349
    LHill@perkinscoie.com
    MMaley@perkinscoie.com
    BPhilips@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

By: */s/ Lawand Anderson*
    Sumeer Singla, WSBA #32852
    WILLIAMS, KASTNER & GIBBS PLLC
    601 Union Street, Suite 4100
    Seattle, WA 98101-2380
    Telephone: (206) 628-6600
    Fax: (206) 628-6611
    ssingla@williamskastner.com

    Lawand Anderson, WSBA #49012
    L.A. LAW & ASSOCIATES, PLLC
    22030 7th Avenue South, Suite #103
    Des Moines, WA 98198-6219
    Telephone: (206) 429-3325
    lawand@lalaw.legal

*Attorneys for Plaintiff*

STIPULATED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT
(No. 2:24-cv-00059)
- 2 -
PERKINS COIE LLP
1201 THIRD AVENUE, SUITE 4900
SEATTLE, WASHINGTON 98101-3099
TELEPHONE: 206-359-3349

**ORDER**

The parties' stipulated motion (Dkt. No. 10) is GRANTED.  The deadline for Defendant to respond to the complaint is extended to January 23, 2024.

Dated this 19th day of January, 2024.

Kymberly K. Evanson
United States District Judge

Presented by:

*/s/ Laura Hill*
    Laura Hill, WSBA No. 49229
    Michelle Maley, WSBA No. 51318
    Breanna Philips, WSBA No. 58757
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone: 206-359-3349
    LHill@perkinscoie.com
    MMaley@perkinscoie.com
    BPhilips@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

STIPULATED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT
(No. 2:24-cv-00059)

PERKINS COIE LLP
1201 THIRD AVENUE, SUITE 4900
SEATTLE, WASHINGTON 98101-3099
TELEPHONE: 206-359-3349