# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RACHEL WASHINGTON, Executor of the Estate of ISAIAH WASHINGTON, deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:24-cv-00059<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

1 **STIPULATION**

Under Western District of Washington Local Rules 7(d)(1) and 10(g), the parties stipulate that Defendant The Boeing Company may have until Tuesday, May 7, 2024, to file and serve its response to Plaintiff's First Amended Complaint.

Dated: May 2, 2024

*Counsel certifies that this memorandum contains 36 words, in compliance with the Local Civil Rules.*

By: /s/ Laura Hill
 Laura Hill, WSBA No. 49229
 Michelle Maley, WSBA No. 51318
 Breanna Philips, WSBA No. 58757
 PERKINS COIE LLP
 1201 Third Avenue, Suite 4900
 Seattle, Washington 98101-3099
 Telephone: 206-359-3349
 LHill@perkinscoie.com
 MMaley@perkinscoie.com
 BPhilips@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

By: /s/ Sumeer Singla
 Sumeer Singla, WSBA #32852
 WILLIAMS, KASTNER & GIBBS PLLC
 601 Union Street, Suite 4100
 Seattle, WA 98101-2380
 Telephone: (206) 628-6600
 Fax: (206) 628-6611
 ssingla@williamskastner.com

 Lawand Anderson, WSBA #49012
 L.A. LAW & ASSOCIATES, PLLC
 22030 7th Avenue South, Suite #103
 Des Moines, WA 98198-6219
 Telephone: (206) 429-3325
 lawand@lalaw.legal

*Attorneys for Plaintiff*

STIPULATED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT - 2 -
(No. 2:24-cv-00059)

**ORDER**

The Court GRANTS the parties' stipulated motion (Dkt. No. 29). The deadline for the Defendant to respond to the First Amended Complaint is extended to May 7, 2024.

Dated this 3rd day of May, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge